UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

LORENA ABARZA RIOS, on behalf of herself and            :
all others similarly situated,                           :
                                                         :          **No. 23 Civ. 3637**
                                        Plaintiff,       :
                                                         :
                   -against-                             :
                                                         :
SPIRIT PHARMACEUTICALS LLC.                              :          **NOTICE OF**
                                                         :          **APPEARANCE**
                                        Defendant.       :
-------------------------------------------------------------------X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    Kindly enter my appearance as counsel for Plaintiff Lorena Abarza Rios.  I certify that I am admitted to practice in the Eastern District of New York.

Dated:  New York, New York
      May 16, 2023

                        PECHMAN LAW GROUP PLLC


                        By: */s Camille A. Sanchez*
                           Camille A. Sanchez (6018014)
                           PECHMAN LAW GROUP PLLC
                           488 Madison Avenue, 17th Floor
                           New York, New York 10022
                           Tel.: (212) 583-9500
                           Fax.: (212) 409-8763
                           sanchez@pechmanlaw.com
                           *Attorneys for Plaintiff*