UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LORENA ABARZA RIOS, on behalf of herself and  :
all others similarly situated,                 :
                                               :
                   Plaintiff ,  :
                                               :
       -against-                             :   **CONSENT TO BE A**
                                               :   **PARTY PLAINTIFF**
SPIRIT PHARMACEUTICALS LLC,                    :
                                               :
                Defendant.   :
---------------------------------------------------------------X

      I consent to be a Plaintiff in the lawsuit against Spirit Pharmaceuticals LLC in order to seek redress for violations of the Fair Labor Standards Act and the New York Labor Law.

      By signing and returning this consent form, I designate Pechman Law Group PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement of this action.

      Por medio de la presente doy mi consentimiento para ser un demandante en contra de Spirit Pharmaceuticals para obtener reparo por violaciones de la Ley de Normas Razonables de Trabajo y las Leyes Laborales de Nueva York.

      Al firmar y devolver este formulario de consentimiento, designo a Pechman Law Group PLLC para que me represente y tome decisiones en mi nombre en relación con el litigio y la resolución de este caso.

Signature/Firma: _____
Lorena Abarza Rios

Date/Fecha: 05 / 12 / 2023

Doc ID: 7d6b1938c69969659c6a580980102f6e683412a6