UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE  DATE: 09/08/2023
TIME: 10:00 AM
☐ SEALED PROCEEDING

## CIVIL CAUSE FOR INITIAL CONFERENCE
CASE: 2:23-cv-03637-GRB-JMW-Abarza Rios v. Spirit Pharmaceuticals LLC

APPEARANCES:

    For Plaintiff:    Camille Andrea Sanchez, Galen C. Baynes

    For Defendant:    Douglas E. Rowe

Court Reporter/FTR:    10:03-10:10 (Video)

**THE FOLLOWING RULINGS WERE MADE:**

☒ Initial Conference held. Following discussion with counsel and review of the submitted worksheet, the Court adopted a Scheduling Order which is attached at DE 17.

☒ The parties are directed to file a joint status report on or before **October 1, 2023** to inform the Court if they will plan to move for class and/or collective certification.

A Status Conference has been scheduled for February 5, 2024 at 9:30 AM via the Court's Video Zoom. The Court will email the Zoom invitation closer to the conference date. This conference is a public proceeding, and all are welcome to attend via telephone or via video. If you would like to receive the Zoom invitation, please contact Judge Wicks' Courtroom Deputy at (631) 712-5625.

A Final Pretrial Conference has been scheduled for May 13, 2024 at 10:00 AM via the Court's Video Zoom. The Court will email the Zoom invitation closer to the conference date. This conference is a public proceeding, and all are welcome to attend via telephone or via video. If you would like to receive the Zoom invitation, please contact Judge Wicks' Courtroom Deputy at (631) 712-5625. A joint proposed pretrial order ("JPTO") in compliance with the Individual Practice Rules of the Hon. Gary R. Brown, signed by counsel for each party, must be filed on ECF at least five (5) business days prior to this conference. If a motion for summary judgment is pending, the final pretrial conference will be cancelled and filing of the JPTO will be held in abeyance.

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

SO ORDERED
/s/ *James M. Wicks*
JAMES M. WICKS
United States Magistrate Judge