UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LORENA ABARZA RIOS, on behalf of herself and all others similarly situated,

No. 2:23 Civ. 3637 (GRB) (JMW)

Plaintiff,

-against-

SPIRIT PHARMACEUTICALS LLC,

**CONSENT TO SUE**

Defendant.
------------------------------------------------------------X

    I consent to be a party plaintiff for all purposes in this lawsuit against my current/former employer Spirit Pharmaceuticals LLC in order to seek relief for all claims asserted in the aforementioned matter. I authorize Pechman Law Group PLLC to represent me in this case. I hereby designate and authorize Pechman Law Group PLLC to make all decisions on my behalf concerning the litigation and settlement of this lawsuit and agree to be bound by the decisions made on my behalf.

    Doy mi consentimiento para ser un demandante por todos los propósitos de esta demanda en contra de Spirit Pharmaceuticals LLC a fin de recuperar compensación por todos los reclamos declarados en la denuncia. Autorizo a Pechman Law Group PLLC de representarme en esta demanda. Por lo presente, yo designo y autorizo a Pechman Law Group PLLC de tomar todas decisiónes por mí con respecto al litigio y la resolución de esta demanda y acepto estar sujeto(a) a decisiones tomados en mi nombre.

Date: 01-29-24

Signature/Firma: Maria Serrano

Name/Nombre: Maria Leonor Serrano

**Mail, Fax, or E-mail to:**
Pechman Law Group PLLC
488 Madison Avenue, 17th Floor, New York, New York 10022
Tel: (212) 583-9500 / Fax: (212) 409-8763 / E-mail: baynes@pechmanlaw.com