UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LORENA ABARZA RIOS, on behalf of herself and
all others similarly situated,

                         Plaintiff,

                    -against-

SPIRIT PHARMACEUTICALS LLC,

                        Defendant.
------------------------------------------------------------------X

No. 2:23 Civ. 3637 (GRB) (JMW)

## NOTICE OF PLAINTIFF'S UNOPPOSED MOTION
## FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND
## CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and the Affidavit of Louis Pechman, Esq., with its attached exhibits, as well as all prior proceedings in this Action, Plaintiff Lorena Abarza Rios will move this Honorable Court for an Order pursuant to Rule 23 of the Federal Rules of Civil Procedure preliminarily approving the Parties' settlement on a class basis. A proposed Order is attached to the Affidavit of Louis Pechman as Exhibit 4.

Dated: New York, New York
          December 18, 2024

                                              PECHMAN LAW GROUP PLLC

                                              By: */s/ Galen C. Baynes*
                                                   Louis Pechman
                                                   Galen C. Baynes
                                                   Camille A. Sanchez
                                                   488 Madison Avenue, 17th Floor
                                                   New York, New York 10022
                                                   Tel.: (212) 583-9500
                                                   pechman@pechmanlaw.com
                                                   baynes@pechmanlaw.com
                                                   sanchez@pechmanlaw.com
                                                   *Attorneys for Plaintiff, the Putative Rule 23*
                                                   *Class, and the Conditional FLSA Collective*