UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LORENA ABARZA RIOS, on behalf of herself and
all others similarly situated,

                            Plaintiff,

                          No. 2:23 Civ. 3637 (JMW)

      -against-

SPIRIT PHARMACEUTICALS LLC,

                          Defendant.
-------------------------------------------------------------------X

**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION
FOR FINAL APPROVAL OF CLASS SETTLEMENT AND
CERTIFICATION OF SETTLEMENT CLASS**

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and the Affidavit of Louis Pechman, Esq., with its attached exhibits, as well as all prior proceedings in this Action, Plaintiff Lorena Abarza Rios will move this Honorable Court for an Order pursuant to Rule 23 of the Federal Rules of Civil Procedure granting final approval of the Parties' settlement on a class basis. A proposed Order is attached to the Affidavit of Louis Pechman as Exhibit 6.

Dated: New York, New York
         September 2, 2025

                                               PECHMAN LAW GROUP PLLC

                                               By: */s/ Galen C. Baynes*
                                                    Louis Pechman
                                                    Galen C. Baynes
                                                    Camille A. Sanchez
                                                    488 Madison Avenue, 17th Floor
                                                    New York, New York 10022
                                                    Tel.: (212) 583-9500
                                                    pechman@pechmanlaw.com
                                                    baynes@pechmanlaw.com
                                                    sanchez@pechmanlaw.com
                                                    *Attorneys for Plaintiff, the Putative Rule 23*
                                                    *Class, and the Conditional FLSA Collective*